UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| RICHARD LASK, | : | Case No. 1:23-cv-525 |
|  | : | |
| Petitioner, | : | |
|  | : | District Judge Michael R. Barrett |
| vs. | : | Magistrate Judge Caroline H. Gentry |
|  | : | |
| WARDEN, NORTH CENTRAL | : | |
| CORRECTIONAL INSTITUTION, | : | |
|  | : | |
| Respondent. | : | |

**ORDER**

This habeas corpus action is before the Court on respondent's motion or leave to file a motion to dismiss, as amended (Doc. 9, 11) and petitioner's motion for an extension of time (Doc. 12). Also before the Court is petitioner's motion requesting that respondent be directed to serve petitioner with a paper hard copy of the state court record. (Doc. 8).

For good cause shown, respondent's motion for leave to file a motion to dismiss (Doc. 9, 11) is **GRANTED**.

Petitioner's motion for an extension of time (Doc. 12) is also **GRANTED**. As requested, petitioner is granted an extension of time through and including January 8, 2024, in which to file a response.

Finally, petitioner's motion regarding service of the state-court record (Doc. 8) is **DENIED as moot**. Respondent represents that the motion to dismiss and accompanying state-court record was served upon petitioner (*See* Doc. 11-1 at PageID 816) and petitioner acknowledges receiving the motion on November 8, 2023 (*See* Doc. 12 at PageID 818). Accordingly, petitioner's motion

is denied as moot.

**IT IS SO ORDERED**.

December 7, 2023    /s/ *Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge